The People of the State of New York ex rel. William A. Helms, Respondent, v. Charles Ruetiman, Appellant. — Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Frank Jartley, Deceased. — Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Tenement House Department of the City of New York, Appellant, v. Henry Neugass, Respondent, Impleaded with Others. — Determination affirmed, with costs, on *Tenement House Department* v. *McDevitt* (215 N. Y. 160). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Luke V. Lockwood, Respondent, v. United States Steel Corporation, Appellant. — Order affirmed, with ten dollars costs and disbursements, on *Lockwood* v. *United States Steel Corporation* (209 N. Y. 375), and *Travis* v. *Knox Terpezone Company* (215 id. 259). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Florence Waskowski, Respondent, v. George Bockhaus, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Benz Auto Import Company of America, Appellant, v. Jesse Froehlich, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles P. Rogers, Respondent, v. Knickerbocker Ice Company, Appellant, Impleaded with Another. — Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000; in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and McLaughlin, J., dissented and voted for reversal.

Philip Brownstein, Respondent, v. Benjamin Sussman, Appellant. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Clara Fuchs, Respondent, v. Joseph Fuchs, Appellant. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.